Plaintiff  2:00 – 3:45

Edilberto MARBAN
Samantha Fraga
Barbara Muñiz Santana – Plaintiff

Interpreter
Christina Velarde

Muniz v. MIA-Lab

15-24570

impass, but parties agreed to continue settlement discussions themselves.

page – ①

Cindy Martinez      Δ, corp rep
Elizabeth M Rodriguez      Δ's attorney

Page - ②