UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CV-24570-MCALILEY

CONSENT CASE

BARBARA MUNIZ SANTANA,

    Plaintiff,

v.

MIA-LAB, INC., a Florida corporation,
and CINDY MARTINEZ, individually,

    Defendants
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT,
MUTUAL GENERAL RELEASE AND WAIVER OF ALL CLAIMS
AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE having come before the Court upon the Parties' Joint Motion to Approve Settlement Agreement, Mutual General Release and Waiver of all Claims and Dismiss Plaintiff's Case with Prejudice and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The Parties' Joint Motion to Approve Settlement Agreement, Mutual General Release and Waiver of all Claims and Dismiss with Prejudice Plaintiff's Complaint is hereby **GRANTED**.

The Court finds the Parties' settlement to be fair and reasonable in light of a bona fide dispute. Accordingly, the Parties' Joint Motion to Approve Settlement Agreement, Mutual General Release and Waiver of all Claims is hereby approved and Plaintiff's

2

Complaint is dismissed with prejudice. Each party shall bear their own fees and costs. All pending motions are deemed moot.

The Court shall retain jurisdiction of this case for one hundred and twenty (120) days following the date of this order only for purposes of enforcing the terms of the Settlement Agreement and General Release.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this ____ day of _____, 2016.

_____
HONORABLE CHRIS McALILEY
U.S. DISTRICT COURT MAGISTRATE JUDGE

Copies furnished to:
Eddy O. Marban
Elizabeth M. Rodriguez